IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY A. PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. CIV-12-146-C |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on February 27, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 19) is adopted in its entirety, and this matter is remanded to the Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 25th day of March, 2013.

ROBIN J. CAUTHRON
United States District Judge